UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES DANIEL, JR.,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>L'MENREUX, et al.,<br><br>　　　　　　　　Defendants. | No. C13-5502 RBL/KLS<br><br>ORDER GRANTING EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE |

By Order dated July 18, 2013, Plaintiff was ordered to show cause why this matter should not be dismissed or, alternatively to file an amended complaint curing the deficiencies outlined in the Court's Order. ECF No. 7. Plaintiff was given a deadline to amend or show cause by August 16, 2013. *Id.* On June 31, 2013, Plaintiff filed a motion for extension of time, requesting that his deadline be extended until September 6, 2013. ECF No. 10.   Accordingly, it is **ORDERED:**

　　(1)　Plaintiff's motion for extension of time (ECF No. 10) is **GRANTED**. Plaintiff must show cause or file his amended complaint on or before **September 6, 2013.** Plaintiff is cautioned that if he fails to show cause or amend his complaint by **September 6, 2013**, the Court will recommend dismissal of this action as frivolous pursuant to 28 U.S.C. § 1915.

　　(2)　The Clerk is directed to send a copy of this Order to Plaintiff.

**DATED** this 5th day of August, 2013.

　　　　　　　　　　　　　　　　　*/s/ Karen L. Strombom*
　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER TO AMEND OR SHOW CAUSE- 1