UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES DANIEL, JR.,

                Plaintiff,

   v.

L'MENREUX, et al.,

                Defendants.

No. C13-5502 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)     The Court adopts the Report and Recommendation.

(2)     This action is **Dismissed Without Prejudice** prior to service for failure to state a claim and this dismissal **shall count as a "strike" under 28 U.S.C. § 1915(g).**

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

**DATED** this 5TH day of December, 2013.

                                              /s/ Ronald B. Leighton
                                              RONALD B. LEIGHTON
                                              UNITED STATES DISTRICT JUDGE

ORDER TO AMEND OR SHOW CAUSE- 1